

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-24-00402-CV

---

Victoriano Mendoza, Appellant

v.

Aaron A. Felix Sanchez, Appellee

---

On Appeal from the 384th District Court
El Paso County, Texas
Trial Court No. 2023-DCV0482

---

### JUDGMENT

The Court has considered this cause on the record and concludes there was no error in the judgment. We affirm the trial court's judgment with respect to the claim for tortious interference with an existing contract. We further order that Appellee recover from Appellants all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 12th day of November 2025.


MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.